IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>              Plaintiff,          )<br>                                  )<br>     v.                           )<br>                                  )<br>THA BUN HENG, CHHOM MAO, and      )<br>CLEVIE EARL BUCKLEY, JR.,         )<br>                                  )<br>              Defendants.         )<br>_____) | 2:04-cr-205-GEB<br><br><br>ORDER |

On November 17, 2006, Defendant Buckley filed a motion to dismiss the Third Superseding Indictment, and Defendant Heng joined this motion on November 20, 2006.  The government filed an Opposition to the motion on November 22, 2006.  The motion is denied.

IT IS SO ORDERED.

DATED: November 22, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

1