McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           )<br>     Plaintiff,      )<br>           )<br>  v.        )<br>           )<br>           )<br>THA BUN HENG,       )<br>           )<br>     Defendant.     )<br>_____ ) | CR No. S 04-205 GEB<br><br><br><br>[PROPOSED] FINDINGS PURSUANT TO<br>FEDERAL RULE OF CRIMINAL<br>PROCEDURE 32(i)(3)(C) |

**THE COURT HEREBY MAKES THE FOLLOWING FINDINGS:**

Pursuant to Rule 32(i)(3)(C), Federal Rules of Criminal Procedure, the Court makes the following findings to be appended to the defendant's presentence report.

1. The Court overrules the defendant's objection to his Criminal History Category II. The Court finds that his juvenile adjudication has been appropriately included in the calculation of his criminal history under the United States Sentencing Guidelines.

2. The Court grants the defendant's request for a variance,

1

however, finding that the defendant's juvenile criminal history is a factor in mitigation appropriately considered under 18 U.S.C. § 3553(a).  The Court finds the Offense Conduct to be a Level 34, but  chooses vary from the guidelines relative to the defendant's criminal history and to sentence at the bottom of the sentencing range for a Criminal History Category I (151 - 188 months).

    3.   The Court declines to vary from the guidelines based on the defendant's arguments regarding crack-powder disparity, sentencing disparity, or sentencing entrapment.

Dated:  April 18, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge